Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 17-34597 (JNP)**

Craig S. View and Ada L. View  
64 Morris Drive  
Sicklerville, NJ  08081

Monthly Payment: $490.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2021 | $490.00 | 02/26/2021 | $490.00 | 03/31/2021 | $490.00 | 04/29/2021 | $490.00 |
| 05/28/2021 | $490.00 | 07/01/2021 | $490.00 | 07/30/2021 | $490.00 | 09/01/2021 | $490.00 |
| 10/01/2021 | $490.00 | 10/28/2021 | $490.00 | 11/29/2021 | $490.00 | 12/30/2021 | $490.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CRAIG S. VIEW | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER, ESQUIRE | 13 | $2,910.00 | $2,910.00 | $0.00 | $0.00 |
| 1 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND FUNDING, LLC | 33 | $677.13 | $0.00 | $677.13 | $0.00 |
| 3 | CARDWORKS/CW NEXUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $887.13 | $0.00 | $887.13 | $0.00 |
| 5 | Eagle One Fcu | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EAGLE ONE FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $122,029.70 | $0.00 | $122,029.70 | $0.00 |
| 8 | DREXEL UNIVERSITY | 33 | $27,281.25 | $0.00 | $27,281.25 | $0.00 |
| 9 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PREMIER BANKCARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $7,244.02 | $2,762.17 | $4,481.85 | $0.00 |
| 12 | J. SCOTT WATSON, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | JH PORTFOLIO DEBT EQUITIES LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SELECT PORTFOLIO SERVICING, INC. | 24 | $12,279.99 | $12,279.99 | $0.00 | $4,497.62 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,379.79 | $0.00 | $3,379.79 | $0.00 |
| 17 | PRTY PLS FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | STATE OF NEW JERSEY | 28 | $1,356.26 | $517.13 | $839.13 | $0.00 |
| 19 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TNB-VISA (TV) / TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | VISA DEPT STORE NATIONAL BANK/MACY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ADA L. VIEW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | GEORGETTE MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | DEPARTMENT OF THE TREASURY | 33 | $7,702.13 | $0.00 | $7,702.13 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | Eagle One Fcu | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,024.05 | $0.00 | $2,024.05 | $0.00 |
| 32 | AMERICAN INFOSOURCE, LP | 33 | $189.41 | $0.00 | $189.41 | $0.00 |
| 33 | STATE OF NEW JERSEY | 24 | $2,506.07 | $2,506.07 | $0.00 | $917.86 |
| 34 | STATE OF NEW JERSEY | 33 | $527.10 | $0.00 | $527.10 | $0.00 |
| 35 | MERRICK BANK | 33 | $785.54 | $0.00 | $785.54 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2018 | 3.00 | $420.00 |
| 04/01/2018 | 57.00 | $490.00 |
| 01/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,880.00 |
| Total paid to creditors this period: | $5,415.48 |
| Undistributed Funds on Hand: | $897.68 |
| Arrearages: | ($490.00) |
| Attorney: | GEORGETTE MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**