Certificate Number: 15317-NJ-DE-037049533

Bankruptcy Case Number: 17-34597



15317-NJ-DE-037049533

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2022</u>, at <u>2:21</u> o'clock <u>PM PST</u>, <u>Craig S View</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 17, 2022</u>            By:    <u>/s/Anro Buscas</u>

                                            Name:  <u>Anro Buscas</u>

                                            Title: <u>Certified Credit Counselor</u>