Certificate Number: 15317-NJ-DE-037049534

Bankruptcy Case Number: 17-34597



15317-NJ-DE-037049534

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>December 17, 2022</u>, at <u>2:21</u> o'clock <u>PM PST</u>, <u>Ada L View</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 17, 2022</u>          By:      <u>/s/Anro Buscas</u>

                                        Name:   <u>Anro Buscas</u>

                                        Title:   <u>Certified Credit Counselor</u>