UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Craig S. View

Case No.: _____17-34597_____

Judge: _____JNP_____

Chapter: 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Craig S. View_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ❑ I am not required to pay domestic support obligations, or

   ☑ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ❑ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: _64 Morris Drive Sicklerville N.J. 08081_

4. The name and address of my current employer is (enter NONE if not currently employed):
   _NONE_

I certify under penalty of perjury that the foregoing is true and correct.

Date: _12|19|22_                    _Craig S View_
                                    Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

Rev. 1/1/08