| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Craig S View<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9484<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Ada L View<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1716<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–34597–JNP | | |

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig S View                                              Ada L View
aka Craig S. View Sr.

2/10/23                                                   **By the court:** Jerrold N. Poslusny Jr.
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-34597-JNP
Craig S View                                                                                    Chapter 13
Ada L View
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 4
Date Rcvd: Feb 10, 2023            Form ID: 3180W              Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig S View, Ada L View, 64 Morris Drive, Sicklerville, NJ 08081-4405 |
| 517216012 | | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |
| 517216013 | + | Eagle One Fcu, Po Box 33345, Philadelphia, PA 19142-0545 |
| 517216015 | #+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517216014 | #+ | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 517216019 | + | J. Scott Watson, PC, By: Ryan S. Watson, Esq, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 517216024 | + | Prty Pls Fcu, 6 Lynam St, Wilmington, DE 19804-3135 |
| 517216025 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |
| 517336344 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Feb 11 2023 01:39:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: LCIBAYLN | Feb 11 2023 01:39:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 517305562 | + | EDI: PHINAMERI.COM | Feb 11 2023 01:39:00 | ACAR Leasing LTD, PO Box 183853, Arlington, TX 76096-3853 |
| 517216008 | + | EDI: PHINAMERI.COM | Feb 11 2023 01:39:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 517332536 | ^ | MEBN | Feb 10 2023 20:47:34 | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518381136 | + | EDI: LCIBAYLN | Feb 11 2023 01:39:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518381137 | + | EDI: LCIBAYLN | Feb 11 2023 01:39:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida |

Case 17-34597-JNP    Doc 46    Filed 02/12/23    Entered 02/13/23 00:16:12    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517216009 | + | EDI: CAPITALONE.COM | Feb 11 2023 01:39:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517216010 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:14 | Cardworks/CW Nexus, Attn: Bankruptcy, PO BOX 9201, Old Bethpage, NY 11804-9001 |
| 518994342 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2023 20:49:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518994341 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 10 2023 20:49:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517216011 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2023 21:03:55 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517216028 | + | EDI: CITICORP.COM | Feb 11 2023 01:39:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 519448122 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 10 2023 20:50:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519448121 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 10 2023 20:50:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517216016 | ^ | MEBN | Feb 10 2023 20:46:24 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517216017 | + | EDI: AMINFOFP.COM | Feb 11 2023 01:44:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517216018 | | EDI: IRS.COM | Feb 11 2023 01:39:00 | Internal Revenue Service, Bankruptcy Department, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 517216020 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 10 2023 20:51:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517216021 | | Email/Text: camanagement@mtb.com | Feb 10 2023 20:50:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517331346 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517216022 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2023 20:50:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517321211 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2023 20:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517216023 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517321862 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517260598 | | EDI: PRA.COM | Feb 11 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 517324462 | | EDI: Q3G.COM | Feb 11 2023 01:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517218490 | + | EDI: RMSC.COM | Feb 11 2023 01:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 517216026 | + EDI: RMSC.COM | Feb 11 2023 01:39:00 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517216027 | + EDI: WTRRNBANK.COM | Feb 11 2023 01:44:00 | | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517326605 | + EDI: AIS.COM | Feb 11 2023 01:44:00 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc., et al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Joint Debtor Ada L View bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Georgette Miller | on behalf of Debtor Craig S View bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 42 |

on behalf of Creditor Bayview Loan Servicing LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Richard Gerbino

on behalf of Creditor Bayview Loan Servicing LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard Gerbino

on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard James Tracy, III

on behalf of Creditor M&T BANK richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14